IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. H-12-272 |
| § | |
| WILLIAM DAVID MAYNARD, § | |
| a/k/a "Baby Huey," § | |
| JAMES ERIC SHARRON, § | |
| a/k/a "Flounder" and § | |
| SAMMY KEITH SHIPMAN, § | |
| a/k/a "Stubby." § | |
| Defendants. § | |

## NOTICE OF INTENT NOT TO SEEK DEATH PENALTY

The United States of America, by and through Kenneth Magidson, United States Attorney and Mythili Raman, Acting Assistant Attorney General, and gives notice to the Court and the defendants that it will not seek the death penalty as a potential punishment for **David Maynard, a/k/a "Baby Huey," James Eric Sharron, a/k/a "Flounder"** and **Sammy Keith Shipman**, a/k/a "Stubby."

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

/s Timothy Braley
Timothy Braley
Assistant United States Attorney
Southern District of Texas

Telephone: (713) 567-9714
Facsimile: (713) 718-3301

MYTHILI RAMAN
ACTING ASSISTANT ATTORNEY GENERAL

/s David N. Karpel
David N. Karpel
Trial Attorney
Organized Crime and Gang Section
United States Department of Justice
Telephone: (202) 307-5715
Facsimile: (202) 307-3944

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing for filing and transmittal of a Notice of Electronic Filing to counsel for each defendant.

/s Tim S. Braley